RICHARD B. GOETZ (S.B. #115666)
rgoetz@omm.com
MICHAEL REYNOLDS (S.B. #270962)
mreynolds@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
VICTORIA L. WEATHERFORD (S.B. #267499)
vweatherford@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
APPLE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIN RASMUSSEN, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>APPLE, INC.,<br><br>                Defendant. | Case No. 13-CV-4923 (EMC)<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND ENLARGING TIME TO FILE OPPOSITION AND REPLY**<br><br>Complaint Filed: October 23, 2013<br>Trial Date: None set |

1  Pursuant to the Civil Local Rules 6-1 and 7-12, the parties to the above-entitled action, by
2  and through their undersigned counsel, hereby submit this Stipulation Extending Time To
3  Respond To Complaint and Enlarging Time To File Opposition and Reply in order to extend until
4  November 22, 2013 Defendant Apple Inc. ("Apple")'s deadline to respond to the Complaint and
5  file a Motion to Dismiss, currently set by Federal Rule of Civil Procedure 12(a)(1)(A) for
6  November 14, 2013. Apple intends to file a motion to dismiss Plaintiff's Complaint by November
7  22, 2013.  The parties also submit this Stipulation in order to postpone, subject to Court approval,
8  (1) until Friday, December 20, 2013 Plaintiff Corbin Rasmussen ("Plaintiff" or "Rasmussen")'s
9  deadline to file an Opposition to Defendant Apple Inc.'s Motion To Dismiss, currently set by
10 Civil Local Rule 7-3(a) for November 29, 3013; and (2) until Friday, January 10, 2014 Apple's
11 deadline to file a Reply, currently set by Civil Local Rule 7-3(c) for December 6, 2013.  Apple
12 intends to notice its motion for a hearing on January 23, 2014 at 1:30 p.m.  As set forth in this
13 Stipulation and the accompanying Declaration of Matthew D. Powers ("Powers Decl."), the
14 reason for this stipulated request is that counsel for Plaintiff and for Defendant would like to
15 reach a mutually agreeable briefing schedule that takes into account the Thanksgiving, Hanukkah,
16 Christmas, and New Year's holidays and that still provides for Apple's motion being heard before
17 the parties submit their joint Case Management Statement on January 30, 2014 and before the
18 Initial Case Management Conference currently set for February 6, 2014.
19     Granting this Stipulation will not affect the date of the Initial Case Management
20 Conference or any other deadlines in this case.  Defendant has not requested any other extension
21 or schedule change in this action.
22     WHEREAS, Plaintiff Corbin Rasmussen ("Plaintiff") filed his Complaint in the above-
23 entitled action on October 23, 2013;
24     WHEREAS, Plaintiff served the summons and Complaint on Defendant Apple Inc.
25 ("Defendant") on October 24, 2013;
26     WHEREAS, counsel for Plaintiff has agreed to extend the deadline by which Defendant
27 must answer or otherwise respond to the Complaint until November 22, 2013;
28     WHEREAS, this change will not alter the date of any event or any deadline already fixed

- 1 -   JOINT STIP. TO ENLARGE TIME TO RESPOND
TO COMPLAINT AND FILE OPP'N AND REPLY
CASE NO. 13-CV-4923 (EMC)

1  by Court order;

2  WHEREAS, Apple intends to file a motion to dismiss on or before November 22, 2013,
3  and notice a hearing for January 23, 2014 at 1:30 p.m.;

4  WHEREAS counsel for Plaintiff and Defendant have met and conferred and have agreed,
5  subject to Court approval, to postpone the deadlines to file their Opposition and Reply, so as not
6  to conflict with the upcoming winter holidays, and so as to ensure that Apple's motion will be
7  heard before the parties submit their joint Case Management Statement on January 30, 2014 or
8  attend the Initial Case Management Conference on February 6, 2014;

9  The parties, hereby, STIPULATE and agree, subject to Court approval, to the following:

10

11  1. The deadline for Defendant to file an answer or otherwise respond to the Complaint,
12  currently set by Federal Rule of Civil Procedure 12(a)(1)(A) for November 14, 2013,
13  shall be and hereby is extended to November 22, 2013;

14

15  2. The deadline for Plaintiff to file his Opposition to Defendant's motion to dismiss,
16  currently set by Civil Local Rule Civil Local Rule 7-3(a) for November 29, 3013, shall
17  be and is hereby extended to December 20, 2013;

18

19  3. The deadline for Defendant to file its Reply in support of its motion to dismiss,
20  currently set by Civil Local Rule 7-3(c) for December 6, 2013, shall be and is hereby
21  extended to January 10, 2014.

22

23  Respectfully submitted

24
25  DATED: November 8, 2013           By:    /s/ Matthew D. Powers
                                             Matthew D. Powers

26                                    Matthew D. Powers (SBN 212682)
27                                    O'MELVENY & MYERS LLP
                                      Two Embarcadero Center, 28th Floor
28                                    San Francisco, California 94111-3823
                                      Telephone: (415) 984-8700

- 2 -  JOINT STIP. TO ENLARGE TIME TO RESPOND
       TO COMPLAINT AND FILE OPP'N AND REPLY
       CASE NO. 13-CV-4923 (EMC)

|   |   |
|---|---|
| | Facsimile: (415) 984-8701<br>e-mail: mpowers@omm.com |
| | *Counsel for Defendant Apple Inc.* |
| DATED: November 8, 2013 | By: /s/ Eric H. Gibbs<br>Eric H. Gibbs |
| | Eric H. Gibbs (SBN 178658)<br>GIRARD GIBBS LLP<br>601 California Street, 14th Floor<br>San Francisco, California 94108<br>Telephone: (415) 981-4800<br>Facsimile: (415) 981-4846 |

**IT IS SO ORDERED.**

Dated: November 12, 2013

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**ATTESTATION OF FILING**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Matthew D. Powers, hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: November 8, 2013        By: /s/ Matthew D. Powers
                                    Matthew D. Powers
                                    O'MELVENY & MYERS LLP
                                    Two Embarcadero Center, 28th Floor
                                    San Francisco, CA 94111
                                    Telephone: (415) 984-8700
                                    Facsimile: (415) 984-8701

                                    *Counsel for Defendant Apple Inc.*