1   RICHARD B. GOETZ (S.B. #115666)
    rgoetz@omm.com
2   MICHAEL REYNOLDS (S.B. #270962)
    mreynolds@omm.com
3   O'MELVENY & MYERS LLP
    400 South Hope Street
4   Los Angeles, California  90071-2899
    Telephone:   (213) 430-6000
5   Facsimile:   (213) 430-6407

6

7   MATTHEW D. POWERS (S.B. #212682)
    mpowers@omm.com
    VICTORIA L. WEATHERFORD (S.B. #267499)
8   vweatherford@omm.com
    O'MELVENY & MYERS LLP
9   Two Embarcadero Center, 28th Floor
    San Francisco, California  94111-3823
10  Telephone:   (415) 984-8700
    Facsimile:   (415) 984-8701
11

12  Attorneys for Defendant
    APPLE INC.

13

14               **UNITED STATES DISTRICT COURT**

15             **NORTHERN DISTRICT OF CALIFORNIA**

16

17  CORBIN RASMUSSEN, on behalf of     Case No.  13-CV-4923 (EMC)
    himself and all others similarly situated,
18                       **STIPULATION AND ~~PROPOSED~~ ORDER**
                       **EXTENDING TIME TO RESPOND TO**
19           Plaintiff,    **COMPLAINT AND ENLARGING TIME**
                       **TO FILE OPPOSITION AND REPLY**
20       v.

21  APPLE, INC.,                  Complaint Filed:   October 23, 2013
                        Trial Date:     None set
22            Defendant.

23

24

25

26

27

28

1    Pursuant to the Civil Local Rules 6-1 and 7-12, the parties to the above-entitled action, by

2   and through their undersigned counsel, hereby submit this Stipulation Extending Time To

3   Respond To Complaint and Enlarging Time To File Opposition and Reply in order to extend until

4   November 22, 2013 Defendant Apple Inc. ("Apple")'s deadline to respond to the Complaint and

5   file a Motion to Dismiss, currently set by Federal Rule of Civil Procedure 12(a)(1)(A) for

6   November 14, 2013. Apple intends to file a motion to dismiss Plaintiff's Complaint by November

7   22, 2013.  The parties also submit this Stipulation in order to postpone, subject to Court approval,

8   (1) until Friday, December 20, 2013 Plaintiff Corbin Rasmussen ("Plaintiff" or "Rasmussen")'s

9   deadline to file an Opposition to Defendant Apple Inc.'s Motion To Dismiss, currently set by

10   Civil Local Rule 7-3(a) for November 29, 3013; and (2) until Friday, January 10, 2014 Apple's

11   deadline to file a Reply, currently set by Civil Local Rule 7-3(c) for December 6, 2013.  Apple

12   intends to notice its motion for a hearing on January 23, 2014 at 1:30 p.m.  As set forth in this

13   Stipulation and the accompanying Declaration of Matthew D. Powers ("Powers Decl."), the

14   reason for this stipulated request is that counsel for Plaintiff and for Defendant would like to

15   reach a mutually agreeable briefing schedule that takes into account the Thanksgiving, Hanukkah,

16   Christmas, and New Year's holidays and that still provides for Apple's motion being heard before

17   the parties submit their joint Case Management Statement on January 30, 2014 and before the

18   Initial Case Management Conference currently set for February 6, 2014.

19    Granting this Stipulation will not affect the date of the Initial Case Management

20   Conference or any other deadlines in this case.  Defendant has not requested any other extension

21   or schedule change in this action.

22    WHEREAS, Plaintiff Corbin Rasmussen ("Plaintiff") filed his Complaint in the above-

23   entitled action on October 23, 2013;

24    WHEREAS, Plaintiff served the summons and Complaint on Defendant Apple Inc.

25   ("Defendant") on October 24, 2013;

26    WHEREAS, counsel for Plaintiff has agreed to extend the deadline by which Defendant

27   must answer or otherwise respond to the Complaint until November 22, 2013;

28    WHEREAS, this change will not alter the date of any event or any deadline already fixed

JOINT STIP. TO ENLARGE TIME TO RESPOND
TO COMPLAINT AND FILE OPP'N AND REPLY
CASE NO. 13-CV-4923 (EMC)

1   by Court order;

2           WHEREAS, Apple intends to file a motion to dismiss on or before November 22, 2013,

3   and notice a hearing for January 23, 2014 at 1:30 p.m.;

4           WHEREAS counsel for Plaintiff and Defendant have met and conferred and have agreed,

5   subject to Court approval, to postpone the deadlines to file their Opposition and Reply, so as not

6   to conflict with the upcoming winter holidays, and so as to ensure that Apple's motion will be

7   heard before the parties submit their joint Case Management Statement on January 30, 2014 or

8   attend the Initial Case Management Conference on February 6, 2014;

9           The parties, hereby, STIPULATE and agree, subject to Court approval, to the following:

10

11      1.  The deadline for Defendant to file an answer or otherwise respond to the Complaint,

12          currently set by Federal Rule of Civil Procedure 12(a)(1)(A) for November 14, 2013,

13          shall be and hereby is extended to November 22, 2013;

14

15      2.  The deadline for Plaintiff to file his Opposition to Defendant's motion to dismiss,

16          currently set by Civil Local Rule Civil Local Rule 7-3(a) for November 29, 3013, shall

17          be and is hereby extended to December 20, 2013;

18

19      3.  The deadline for Defendant to file its Reply in support of its motion to dismiss,

20          currently set by Civil Local Rule 7-3(c) for December 6, 2013, shall be and is hereby

21          extended to January 10, 2014.

22

23      Respectfully submitted

24

25  DATED: November 8, 2013                     By:     /s/ Matthew D. Powers
                                                        Matthew D. Powers

26                                              Matthew D. Powers (SBN 212682)
                                                O'MELVENY & MYERS LLP
27                                              Two Embarcadero Center, 28th Floor
                                                San Francisco, California  94111-3823
28                                              Telephone:  (415) 984-8700

1

Facsimile:  (415) 984-8701
e-mail: mpowers@omm.com

2

*Counsel for Defendant Apple Inc.*

3

4

DATED:  November 8, 2013

5

By:   /s/ Eric H. Gibbs
                    Eric H. Gibbs

6

Eric H. Gibbs (SBN 178658)

7

GIRARD GIBBS LLP
601 California Street, 14th Floor

8

San Francisco, California  94108
Telephone:  (415) 981-4800

9

Facsimile:  (415)  981-4846

10

**IT IS SO ORDERED.**

11

12

Dated:  November 12, 2013

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIP. TO ENLARGE TIME TO RESPOND
TO COMPLAINT AND FILE OPP'N AND REPLY
CASE NO. 13-CV-4923 (EMC)

1   **ATTESTATION OF FILING**

2          Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Matthew D.

3   Powers, hereby attest that I have on file all holographic signatures corresponding to any

4   signatures indicated by a conformed signature (/S/) within this e-filed document.

5

6          Dated: November 8, 2013                    By: /s/ Matthew D. Powers

7                                                          Matthew D. Powers
                                                        O'MELVENY & MYERS LLP
                                                        Two Embarcadero Center, 28th Floor
8                                                       San Francisco, CA 94111
                                                        Telephone: (415) 984-8700
9                                                       Facsimile: (415) 984-8701

10                                                      *Counsel for Defendant Apple Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28