IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CORBIN RASMUSSEN, on behalf of himself and all others similarly situated,

    Plaintiff,

  v.

APPLE INC,

    Defendant.

No. C 13-04923 EMC

**ORDER RE STIPULATION TO EXTEND TIME**

    As the general duty judge on assignment today, the undersigned received the parties' stipulation to extend time for (1) defendant's answer to the first amended complaint; (2) plaintiff's opposition to defendant's motion to dismiss; (3) defendant's reply thereto; (4) hearing on defendant's motion to dismiss; and (5) the parties' case management conference. To the extent stated, the stipulation to extend defendant's deadline for filing an answer is **GRANTED**. Defendant shall file an answer or otherwise respond to the first amended complaint by **JANUARY 9, 2014**. This is without prejudice to the parties submitting their other requests for extensions of time to Judge Chen in January 2014.

    **IT IS SO ORDERED.**

Dated: December 26, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE