Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
dsh@girardgibbs.com
Scott M. Grzenczyk (State Bar No. 279309)
smg@girardgibbs.com
Caitlyn D. Finley (State Bar No. 286242)
cdf@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIN RASMUSSEN, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>APPLE, INC.,<br><br>　　　　　Defendant. | Case No. 3:13-cv-4923-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANT APPLE INC.'S MOTION TO DISMISS AND/OR STRIKE FIRST AMENDED COMPLAINT**<br><br>Hearing Date:　February 13, 2014<br>Time:　　　　　1:30p.m.<br>Judge:　　　　 Hon. Edward M. Chen<br>Courtroom:　　5 |

WHEREAS, pursuant to the Civil Local Rules 6-1, 6-2, and 7-12, the Parties to the above-entitled action, by and through their undersigned counsel, hereby submit this Stipulation Modifying Briefing Schedule On Defendant Apple Inc.'s Motion to Dismiss and/or Strike First Amended Complaint ("Motion");

WHEREAS, Plaintiff filed his Complaint in the above-entitled action on October 23, 2013;

WHEREAS, Plaintiff served the summons and Complaint on Apple on October 24, 2013;

WHEREAS, the Parties previously stipulated to extend the deadline by which Apple was to answer or otherwise respond to the Complaint until November 22, 2013;

WHEREAS, Apple filed a motion to dismiss on November 22, 2013;

WHEREAS, Plaintiff filed a First Amended Complaint on December 13, 2013;

WHEREAS, the Parties previously stipulated to extend the time to for Apple to respond to the First Amended Complaint until January 9, 2014, for Plaintiff to file his Opposition on or before January 23, 2014, and for Apple to file a Reply on or before January 30, 2014, and to continue the Initial Case Management deadline from February 6, 2014 to February 13, 2014;

WHEREAS counsel for Plaintiff and Apple have met and conferred and have agreed, subject to Court approval, to postpone the deadlines to file their Opposition and Reply, so as to accommodate Plaintiff's unexpected personal and professional scheduling difficulties;

WHEREAS, this change does not require altering the date of any event or any deadline already fixed by Court order, however, the Parties understand that the Court may deem it appropriate to change the hearing or conference date;

The parties, hereby, STIPULATE and agree, subject to Court approval, to the following:

1. The deadline for Plaintiff to file his Opposition to Defendant Apple Inc.'s Motion to Dismiss and/or Strike First Amended Complaint, currently set for January 23, 3014, shall be and is hereby extended to January 27, 2014;

2. The deadline for Defendant to file its Reply in support of its Motion to Dismiss and/or Strike First Amended Complaint, currently set for January 30, 2014, shall be and is hereby extended to February 3, 2014.

Respectfully submitted,

DATED: January 22, 2014  By:   /s/ *Eric H. Gibbs*
Eric H. Gibbs
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Counsel for Plaintiff Corbin Rasmussen*

DATED: January 22, 2014  By:   /s/ *Matthew D. Powers*
Matthew D. Powers
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Counsel for Defendant Apple Inc.*

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

DATED:  1/23/14

Hon. Edward M. Chen
United States

APPROVED
Judge Edward M. Chen

---

3
STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE
CASE NO. 3:13-CV-4923-EMC

## **ATTESTATION**

I, Eric H. Gibbs, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

Dated: January 22, 2014　　　　　　　　By:　/s/ Eric H. Gibbs
　　　　　　　　　　　　　　　　　　　　　　　Eric H. Gibbs

Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
dsh@girardgibbs.com
Scott M. Grzenczyk (State Bar No. 279309)
smg@girardgibbs.com
Caitlyn D. Finley (State Bar No. 286242)
cdf@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORBIN RASMUSSEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE, INC.,<br><br>Defendant. | Case No. 3:13-cv-4923-EMC<br><br>**DECLARATION OF ERIC H. GIBBS IN SUPPORT OF STIPULATION MODIFYING BRIEFING SCHEDULE ON DEFENDANT APPLE INC.'S MOTION TO DISMISS AND/OR STRIKE FIRST AMENDED COMPLAINT**<br><br>Hearing Date: February 13, 2014<br>Time: 1:30p.m.<br>Judge: Hon. Edward M. Chen<br>Courtroom: 5 |

DECLARATION IN SUPPORT OF STIPULATION MODIFYING BRIEFING SCHEDULE
CASE NO. 3:13-CV-4923-EMC

I, Eric H. Gibbs, declare as follows:

1. I am a partner with Girard Gibbs LLP, counsel for Plaintiff in this action. I make this Declaration pursuant to Civil Local Rule 6-2 in support of the parties Joint Stipulation Modifying Briefing Schedule on Defendant Apple Inc.'s Motion to Dismiss and/or Strike First Amended Complaint ("Motion"). I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. On October 23, 2013, Plaintiff Corbin Rasmussen ("Plaintiff") filed a Class Action Complaint against Defendant Apple Inc. ("Apple"), in the above-captioned case. The Parties stipulated and agreed to extend the deadline for Apple to answer or respond to the Complaint until November 22, 2013.

3. On November 22, 2013, Apple filed a motion to dismiss to which Plaintiff responded by filing a First Amended Complaint on December 13, 2013.

4. On December 16, 2013, the Parties agreed to a briefing schedule for Apple's Motion that would accommodate the upcoming holidays and the Parties' respective schedules.

5. On December 20, 2013, the Parties filed a Stipulation extending the time for Apple to respond to the First Amended Complaint until January 9, 2014, that Plaintiff's Opposition would be due on or before January 23, 2014, and Apple's Reply due on or before January 30, 2014, and to continue the Initial Case Management deadline from February 6, 2014 to February 13, 2014.

6. On January 21, 2014, counsel for the Parties discussed and agreed on a modified briefing schedule for Apple's Motion in order to accommodate Plaintiff's unexpected scheduling difficulties.

7. Under the agreed schedule, subject to the Court's approval, the deadline for Plaintiff's Opposition to Apple's Motion would be January 27, 2014, and Apple's Reply in support of its Motion would be February 3, 2014.

8. Currently Apple's Motion is set for hearing on February 13, 2014, along with the Initial Case Management Conference. The change requested by this stipulation does not require altering the date of any event or deadline already fixed by Court order, however, the Parties understand that the Court may deem it appropriate to change the hearing or conference date.

1

DECLARATION IN SUPPORT OF STIPULATION MODIFYING BRIEFING SCHEDULE
CASE NO. 3:13-CV-4923-EMC

1 | I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 22,
2 | 2014, at San Francisco, California.

<u>/s/ Eric H. Gibbs</u>
Eric H. Gibbs

2
DECLARATION IN SUPPORT OF STIPULATION MODIFYING BRIEFING SCHEDULE
CASE NO. 3:13-CV-4923-EMC