# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CORBIN RASMUSSEN, on
behalf of himself and all othe_____ ,
                              Plaintiff(s),

CASE NO.  3:13-CV-4923-EMC_____

                    v.

APPLE, INC.

STIPULATION AND [P~~ROPOSED~~]
ORDER SELECTING ADR PROCESS

_____ ,
                    Defendant(s).
_____ /

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐        Non-binding Arbitration (ADR L.R. 4)
☐        Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR must participate in an
ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☑        Private ADR (*please identify process and provider*)  Private Mediation, by a

mediator TBD by mutual agreement of the parties

The parties agree to hold the ADR session by:
☐        the presumptive deadline *(The deadline is 90 days from the date of the order
          referring the case to an ADR process unless otherwise ordered. )*

☑        other requested deadline  May 14, 2014 (90 days after hearing on Mot. Dismiss)

Dated: 1/23/2014_____                          /s/ Eric Gibbs_____
                                                Attorney for Plaintiff

Dated: 1/23/2014_____                          /s/ Matthew D. Powers_____
                                                Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

**[~~PROPOS~~ED] ORDER**

☒   The parties' stipulation is adopted and IT IS SO ORDERED.

☐   The parties' stipulation is modified as follows, and IT IS SO ORDERED.



Dated:   1/28/14

_____

UNITED STATES DISTRICT   JUDGE

---

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

---

Rev. 12/11