Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
dsh@girardgibbs.com
Scott M. Grzenczyk (State Bar No. 279309)
smg@girardgibbs.com
Caitlyn D. Finley (State Bar No. 286242)
cdf@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORBIN RASMUSSEN,<br><br>                    Plaintiff,<br><br>     vs.<br><br>APPLE, INC.,<br><br>                    Defendant. | Case No. 3:13-cv-4923-EMC<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINES** |

1  WHEREAS, Plaintiff Corbin Rasmussen filed his First Amended Complaint on December 13,
2  2013, (Dkt. #19);
3  WHEREAS, Defendant filed a motion to dismiss on January 9, 2014, (Dkt. #22);
4  WHEREAS, the Court granted Defendant's motion on March 14, 2014, (Dkt. #38);
5  WHEREAS, Plaintiff's deadline to file a Second Amended Complaint is April 14, 2014, (Dkt.
6  #38);
7  WHEREAS, the parties' deadline to file their second Case Management Conference Statement is
8  April 15, 2014, (Dkt. #39)
9  WHEREAS, the parties' second Case Management Conference is set for April 22, 2014, at 10:30
10  a.m. (Dkt. #39); and
11  WHEREAS, the parties are discussing a potential resolution of this case and request that the
12  Court modify the schedule as set forth below.
13  NOW, THEREFORE, Plaintiff Corbin Rasmussen and Defendant Apple, Inc., hereby stipulate as
14  follows:
15  1.  Plaintiff will file his Second Amended Complaint on or before April 21, 2014.
16  2.  The parties will file their second Case Management Conference Statement on or before
17      April 22, 2014.
18  3.  The parties' second Case Management Conference will be held on ~~April 29~~ May 15, 2014, at
19      10:30 a.m.
20
21  Dated:  April 14, 2014                    Respectfully Submitted,
22                                            **GIRARD GIBBS LLP**
23                                            By:    */s/* Eric H. Gibbs
24
25                                            Eric H. Gibbs
                                              Dylan S. Hughes
26                                            Scott M. Grzenczyk
                                              Caitlyn D. Finley
27                                            601 California Street, 14th Floor
                                              San Francisco, California 94108
28                                            Telephone:  (415) 981-4800

1

STIUPLATION AND [PROPOSED] ORDER MODIFYING DEADLINES
CASE NO. 3:13-CV-4923-EMC

Facsimile: (415) 981-4846

*Attorneys for Plaintiff Corbin Rasmussen*

**O'MELVENY & MYERS LLP**

By:   */s/* Matthew D. Powers

Matthew D. Powers
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Counsel for Defendant Apple, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** (as modified)

Dated:   4/15/14

Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

**ATTESTATION**

I, Eric H. Gibbs, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

Dated: April 14, 2014                                                By:    */s/* Eric H. Gibbs