Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
dsh@girardgibbs.com
Scott M. Grzenczyk (State Bar No. 279309)
smg@girardgibbs.com
Caitlyn D. Finley (State Bar No. 286242)
cdf@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORBIN RASMUSSEN,<br><br>            Plaintiff,<br><br>     vs.<br><br>APPLE, INC.,<br><br>            Defendant. | Case No. 3:13-cv-4923-EMC<br><br>CLASS ACTION<br> AMENDED<br>**STIPULATION AND [PR~~OPOS~~ED] ORDER MODIFYING DEADLINES** |

1        WHEREAS, Plaintiff Corbin Rasmussen filed his First Amended Complaint on December 13,

2   2013, (Dkt. #19);

3        WHEREAS, Defendant filed a motion to dismiss on January 9, 2014, (Dkt. #22);

4        WHEREAS, the Court granted Defendant's motion on March 14, 2014, (Dkt. #38);

5        WHEREAS, Plaintiff's deadline to file a Second Amended Complaint is April 14, 2014, (Dkt.

6   #38);

7        WHEREAS, the parties' deadline to file their second Case Management Conference Statement is

8   April 15, 2014, (Dkt. #39)

9        WHEREAS, the parties' second Case Management Conference is set for April 22, 2014, at 10:30

10  a.m. (Dkt. #39); and

11       WHEREAS, the parties are discussing a potential resolution of this case and request that the

12  Court modify the schedule as set forth below.

13       NOW, THEREFORE, Plaintiff Corbin Rasmussen and Defendant Apple, Inc., hereby stipulate as

14  follows:

15       1.    Plaintiff will file his Second Amended Complaint on or before April 21, 2014.

16       2.    The parties will file their second Case Management Conference Statement on or before
                 May 8
17             April 22, 2014.
                                                                              May 15
18       3.    The parties' second Case Management Conference will be held on April 29, 2014, at

19             10:30 a.m.

20

21  Dated: April 14, 2014                          Respectfully Submitted,

22                                                 **GIRARD GIBBS LLP**

23
                                                   By:    /s/ Eric H. Gibbs
24
                                                   Eric H. Gibbs
25                                                 Dylan S. Hughes
                                                   Scott M. Grzenczyk
26                                                 Caitlyn D. Finley
                                                   601 California Street, 14th Floor
27                                                 San Francisco, California 94108
                                                   Telephone:  (415) 981-4800
28

1

STIUPLATION AND [PROPOSED] ORDER MODIFYING DEADLINES
CASE NO. 3:13-CV-4923-EMC

Facsimile: (415) 981-4846

*Attorneys for Plaintiff Corbin Rasmussen*

**O'MELVENY & MYERS LLP**

By:   */s/* Matthew D. Powers

Matthew D. Powers
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Counsel for Defendant Apple, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** (as modified)

Dated:   4/15/14

Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

**ATTESTATION**

I, Eric H. Gibbs, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

Dated: April 14, 2014                                By:   */s/* Eric H. Gibbs