Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
dsh@girardgibbs.com
Scott M. Grzenczyk (State Bar No. 279309)
smg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORBIN RASMUSSEN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>APPLE, INC.,<br><br>　　　　Defendant. | Case No. 3:13-cv-4923-EMC<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINES** |

1 | WHEREAS, Plaintiff Corbin Rasmussen filed his First Amended Complaint on December 13, 2013, (Dkt. #19);

2 | WHEREAS, Defendant filed a motion to dismiss on January 9, 2014, (Dkt. #22);

3 | WHEREAS, the Court granted Defendant's motion on March 14, 2014, (Dkt. #38);

4 | WHEREAS, Plaintiff's deadline to file a Second Amended Complaint was April 14, 2014, (Dkt. #38), the deadline for the parties to file a second Case Management Conference Statement was April 15, 2014 (Dkt. #39), and the second Case Management Conference was set for April 22, 2014 (Dkt. #39);

WHEREAS, the Court granted the parties' stipulation extending the deadline for Plaintiff to file the Second Amended Complaint to April 21, 2014, set the deadline for the parties to file their second Case Management Conference Statement for May 8, 2014, and set the second Case Management Conference for May 15, 2014 (Dkt. #43); and

WHEREAS, the parties continue to discuss a potential resolution of this case and request that the Court modify the schedule as set forth below.  The parties believe that the deadline to file the second Case Management Conference Statement and the date of the Case Management Conference need not be modified, but are amenable to any other dates the Court might prefer.

NOW, THEREFORE, Plaintiff Corbin Rasmussen and Defendant Apple, Inc., hereby stipulate that Plaintiff will file his Second Amended Complaint on or before May 5, 2014.

Dated:  April 18, 2014                    Respectfully Submitted,

**GIRARD GIBBS LLP**

By:     */s/* Eric H. Gibbs

Eric H. Gibbs
Dylan S. Hughes
Scott M. Grzenczyk
601 California Street, 14th Floor
San Francisco, California 94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

*Attorneys for Plaintiff Corbin Rasmussen*

1

STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINES
CASE NO. 3:13-CV-4923-EMC

1  **O'MELVENY & MYERS LLP**

2  By: ___/s/ Matthew D. Powers___

3  Matthew D. Powers
4  Two Embarcadero Center, 28th Floor
   San Francisco, California 94111
5  Telephone: (415) 984-8700
6  Facsimile: (415) 984-8701

7  *Counsel for Defendant Apple, Inc.*

8

9  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10

11 Dated: _____4/21/14_____        _____

12                                              Hon. Edward M. Chen
                                                United States District Judge
13

*IT IS SO ORDERED*
*Judge Edward M. Chen*

**ATTESTATION**

I, Eric H. Gibbs, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

Dated: April 18, 2014                                By:   */s/* Eric H. Gibbs